SOA
**PETER MAZZEO, ESQ.**
Nevada Bar No. 9387
**MARIA LOVENTIME U. ESTANISLAO, ESQ.**
Nevada Bar No. 8059
**MAZZEO LAW, LLC**
631 South Tenth Street
Las Vegas, Nevada 89101
P: 702.589.9898
F: 702.589.9829
pmazzeo@mazzeolawfirm.com
*Attorneys for Plaintiff Theodore Bejerano*

UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| THEODORE BEJERANO, an individual; | Case No.: 2:15-cv-00206-RFB-GWF |
| Plaintiff, | |
| vs. | |
| CIRCLE K STORES INC., a foreign corporation; and DOES I through X, and ROE CORPORATONS I through X, inclusive; | |
| Defendants. | |

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Plaintiff THEODORE BEJERANO hereby substitutes PETER MAZZEO, ESQ. of the law firm of MAZZEO LAW, LLC, 631 South Tenth Street, Las Vegas, Nevada 89101, as his attorney of record in place and stead of KEITH GREGORY, ESQ., of the law office of KEITH GREGORY & ASSOCIATES as counsel for Plaintiff THEODORE BEJERANO, in the above-captioned matter.

DATED this 10th day of April, 2015.

_____
THEODORE BEJERANO

///

The above substitution accepted:

DATED this 10th day of April, 2015.

MAZZEO LAW, LLC

PETER MAZZEO, ESQ.
Nevada Bar No. 009387
MARIA LOVENTIME U. ESTANISLAO, ESQ.
Nevada Bar No. 008059
631 South Tenth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Theodore Bejerano*

The above substitution approved:

DATED this 10th day of April, 2015.

KEITH GREGORY & ASSOCIATES

MARIA ESTANISLAO, ESQ.
Nevada Bar No. 8059
631 South Tenth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Theodore Bejerano*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: April 14, 2015