1  ALEXANDRA B. MᶜLEOD, ESQ.
   Nevada Bar No. 8185
2  abm@thorndal.com
   **THORNDAL ARMSTRONG DELK**
3   **BALKENBUSH & EISINGER**
   1100 East Bridger Avenue
4  Las Vegas, Nevada 89101-5315
     Mail to:
5    P.O. Box 2070
     Las Vegas, Nevada 89125-2070
6  Tel:    (702) 366-0622
   Fax:    (702) 366-0327
7  *Attorneys for Defendant, Circle K Stores, Inc.*

8               **UNITED STATES DISTRICT COURT**

9                     **DISTRICT OF NEVADA**

10  THEODORE BEJERANO, an individual;          CASE NO.  2:15-cv-00206-RFB-GWF

11          Plaintiff,
                                               **STIPULATION AND ORDER FOR**
12  vs.                                        **DISMISSAL WITH PREJUDICE**

13  CIRCLE K STORES INC., a foreign
    corporation; and DOES I through X, and ROE
14  CORPORATIONS I through X, inclusive,

15          Defendants.

16

17          IT IS HEREBY STIPULATED AND AGREED by and between counsel for their

18  respective parties:  that the above-entitled case be dismissed with prejudice and that each party

19  . . .

20  . . .

21  . . .

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .



is to bear their own costs and attorneys' fees.

Dated this ___5th___ day of September, 2017.    Dated this ___6___ day of September, 2017.

MAZZEO LAW, LLC                                  THORNDAL ARMSTRONG DELK
                                                 BALKENBUSH & EISINGER

_____               _____
PETER A. MAZZEO, ESQ.                            ALEXANDRA B. MCLEOD, ESQ.
Nevada Bar No. 9387                              Nevada Bar No. 8185
631 South 10th St.                               1100 East Bridger Avenue, P.O. Box 2070
Las Vegas, NV 89101                              Las Vegas, Nevada 89125-2070
*Attorney for Plaintiff*                         *Attorneys for Defendant, Circle K Stores, Inc.*

## ORDER

IT IS SO ORDERED.

Dated: ___September 11, 2017.___

_____
RICHARD F. BOULWARE, II
United States District Judge

